IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PHILLIP RASHAD CLARK                                                                                      PLAINTIFF
ADC #131156

v.                                    Case No. 4:21-cv-00594-LPR-JTR

WELLPATH LLC, *et al.*                                                                                  DEFENDANTS

## ORDER

On August 6, 2021, the Court entered an Order in which it directed Plaintiff Phillip Rashad Clark to file a notice of his current address, within thirty (30) days, if he wished to continue pursuing this lawsuit. (Doc. 7). The Court warned Plaintiff that his failure to comply with the Order would cause his Complaint to be dismissed. (*Id.*). Plaintiff has not complied with or otherwise responded to the August 6, 2021 Order, and the time for doing so has passed.[1]

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962) (district courts have power to dismiss *sua sponte* under Rule 41(b)). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ORDERED this 14th day of September, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] All recent mail sent by the Court to Plaintiff has been returned as undeliverable because he is no longer at the address on file with the Court. (Docs. 6, 8, 9). Under Local Rule 5.5(c)(2), it is Plaintiff's responsibility to promptly notify the Court of an address change. He has not done so.