IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

PHILLIP RASHAD CLARK                                                                                    PLAINTIFF
ADC #131156

v.                                        Case No. 4:21-cv-00594-LPR-JTR

WELLPATH LLC, *et al.*                                                                               DEFENDANTS

## JUDGMENT

Pursuant to the Order that was entered on September 14, 2021, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ADJUDGED this 14th day of September, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE